ANDREW T. BAXTER
Interim United States Attorney
Northern District of New York

Michelle L. Christ
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of the General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278
(212) 264-3650, Ext. 239
Fax: (212) 264-6372
Michelle.L.Christ@ssa.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
OMAR FUENTES,

      Plaintiff,

      v.

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
------------------------------------------------------- x

Hon. David N. Hurd, D.J.
Hon. George H. Lowe, M.J.

Civil Action No. 08-1320:
**CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. § 405(g)**

This matter having been opened to the Court by Andrew T. Baxter, Interim United States Attorney for the Northern District of New York, and Michelle L. Christ, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this 9th day of July, 2009;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further

ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991).

_____
George H. Lowe, M.J.
United States District Court

The undersigned hereby consent to the form and entry of the within order.

            ANDREW T. BAXTER
            Interim United States Attorney

By:    <u>s/ Michelle L. Christ</u>
        Michelle L. Christ
        Special Assistant U.S. Attorney


        <u>s/ Peter M. Margolius</u>
By:    Peter M. Margolius
        Attorney for Plaintiff