# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**OMAR FUENTES**

      vs.　　　　　　　　　　　**CASE NUMBER: 1:08-CV-1320 (DNH/GHL)**

**COMMISSIONER OF SOCIAL SECURITY**

_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that by consent of the parties the final decision of the Commissioner is REVERSED. This matter is REMANDED to the Defendant for further administrative action pursuant to Sentence 4 of 42 U.S.C. § 405(g). This action is hereby DISMISSED.

All of the above pursuant to the Order of the Honorable Magistrate Judge George H. Lowe, dated the 9th day of July, 2009.

DATED: July 9, 2009

*Lawrence K. Baerman*
Clerk of Court

                               s/
                             Melissa Ennis
                             Deputy Clerk